IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEODIS SMITH                                                                                              PETITIONER

V.                              5:11CV00079 DPM/JTK

RAY HOBBS, Director
Arkansas Department of Correction                                                         RESPONDENT

## **ORDER**

Respondent has filed a motion for leave to file an exhibit under seal (docket #11).

For good cause shown, the motion is granted. The Clerk is directed to place Exhibit 4 to Respondent's response to the petition for writ of habeas corpus (docket #10) under seal.

Respondents are hereby given leave of Court to file Exhibit 4 under seal.

IT IS SO ORDERED this 11th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE