IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEODIS SMITH                                                                               PETITIONER
ADC #108054

vs.                              Case No. 5:11CV00079-DPM/JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days of this Order's entry-date to any of Respondent's arguments raised in the Response. (Doc. No. 10)

IT SO ORDERED this 28th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE