IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| THEODIS SMITH, ADC # 108054 | ) ) ) |
| v. | ) ) ) Case No. 5:11-CV-00079 JMM-JTK |
| RAY HOBBS, Director, Arkansas Department of Corrections Respondent. | ) ) ) ) |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

It is so ordered this 8th day of June, 2012.

James M. Moody
United States District Judge