IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| THEODIS SMITH, ) | |
| ADC # 108054 ) | |
| ) | Case No. 5:11-CV-00079 JMM-JTK |
| v. ) | |
| ) | |
| RAY HOBBS, Director, ) | |
| Arkansas Department of Corrections ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

_____
James M. Moody
United States District Judge