IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THEODIS SMITH,**
**ADC # 108054**                                                                                        **PLAINTIFF**

**V.**                                         **5:11CV00079 JMM-JTK**

**RAY HOBBS, Director,**
**Arkansas Department of**
**Corrections**                                                                                         **DEFENDANT**

## AMENDED FINAL JUDGMENT

The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice.

IT IS SO ORDERED this 12th day of June, 2012

NUNC PRO TUNC June 8, 2012.

_____
James M. Moody
United States District Judge